AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| Monsanto Company,<br><br>*Plaintiff*<br>v.<br>Boersen Farms, Inc.,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 4:17-cv-02525 CDP<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Boersen Farms, Inc.
6241 Ransom Street
Zeeland, Michigan 49464-9522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Monsanto Company
Matthew R. Grant, #50312MO
Gary L. Vincent  #26450MO
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/05/2017               Jason W. Dockery
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-02525 CDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Boersen Farms, Inc.
was received by me on *(date)* 11-15-17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dennis Boersen, who is designated by law to accept service of process on behalf of *(name of organization)* Boersen Farms, Inc. on *(date)* 11-16-17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-16-17

Lori Miller
*Server's signature*

Lori Grillo, Process Server
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: