**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:17CV02525 CDP |
| BOERSEN FARMS, INC., | ) ) ) |
| Defendant(s). | ) |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Boersen Farms, Inc. [ECF No. 11] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon said Defendant on November 16, 2017. Plaintiff also notes that the Amended Complaint was provided to Defendant by U.S. Mail and Federal Express Delivery on December 28, 2017, pursuant to Fed.R.Civ.P. 5(b)(2). Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Boersen Farms, Inc. [ECF No. 11] is GRANTED, and the default of said defendant is hereby entered.

Dated this 24th day of January, 2018.

/s/ Lori Miller Young
Lori Miller Young
Chief Deputy Clerk