UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17 CV 2525 CDP |
| | ) |
| BOERSEN FARMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Clerk of Court has now entered default against the defendant for its failure to answer either the complaint or amended complaint in this case or otherwise appear in the matter despite having been served in accordance with the Federal Rule of Civil Procedure. Plaintiff has not moved for default judgment against the defendant, however, and such judgment can be entered only at plaintiff's request or application. *See* Fed. R. Civ. P. 55(b).

Accordingly,

**IT IS HEREBY ORDERED** that within fourteen (14) days of the date of this Order, plaintiff shall file an appropriate motion for entry of default judgment, supported by all necessary affidavits and documentation, along with a proposed default judgment for the Court's consideration.

Failure to comply with this Order may result in dismissal of plaintiff's claims against the defendant without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2018.