UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.  4:17-cv 02525-CDP |
| v. | ) |
| | ) |
| BOERSEN FARMS, INC., | ) |
| | ) |
| Defendant. | ) |

**(PROPOSED) JUDGMENT**

This matter is before the Court on Plaintiff Monsanto Company's ("Monsanto") Motion for Entry of Default Judgment and Award of Interest Against Defendant Boersen Farms, Inc. ("Boersen").

After careful consideration of the motion and the record in this case, it appearing that Defendant Boersen has failed to answer or otherwise plead in this action after being duly served with process twice, and that the Clerk has entered a default against Defendant Boersen on December 14, 2017, the Court finds that a default judgment in favor of Plaintiff Monsanto and against Defendant Boersen is warranted and **IT IS HEREBY GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Monsanto Company and against Defendant Boersen Farms, Inc. in the total amount of $2,862,813.85, which includes the principal amount owed and the award of contractual interest that has accrued to date on the past-due debt, and this judgment shall accrue statutory/post-judgment interest which shall be calculated from the date of the entry of this judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of this judgment pursuant to 28 U.S.C. § 1962(a).

8506780

Plaintiff Monsanto Company may immediately execute on this judgment.

**IT IS SO ORDERED**.

_____
CLERK OF COURT